IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 100.35.53.53

**ISP:** Verizon Internet Services
**Physical Location:** Somerset, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/07/2019 03:03:12 | FB84F005B198570DEBC57B02B615249FA6C669E2 | Fashion Show Fucking |
| 12/18/2018 05:42:14 | 270330701EEC1161D7229136BB938DA1D8ABDF55 | 18 Year Old Models First Time Threesome |
| 12/18/2018 05:40:54 | 1A9D4E8C411AFD56DEA2EDF8D436529088D11C22 | Purely Perfect Pink |
| 12/10/2018 07:07:43 | E52CD0535018BED62F50F3AF807E3751587F8E27 | Sexy Movies Cum Inside |
| 10/21/2018 05:44:07 | 8B13C0643AF97C46E7B33AB5FDB77B04E2E5F117 | Sex With Gymnasts |
| 10/21/2018 05:41:53 | BCC6142F2347A53D8491834CCD2AE9C8DF7E816A | A Walk To Remember |
| 08/19/2018 03:59:20 | 9813E1636AC496680E1120A32C18480590EFD2B0 | Threeway Strip Poker |
| 08/19/2018 03:28:51 | 92E4719DFF94BA84A5FD9EE0BEFD529730635A76 | Hot Office Sex |
| 07/26/2018 01:36:09 | 40C4DBCA9FD987613EA49BB71233369C1172974A | Sunset Love |
| 07/25/2018 11:26:59 | 27E955743A676CCB05D14BCFDA8FB51AFB2B2734 | The Morning After |
| 07/25/2018 11:16:38 | 7F82BD81B5ABABB4B01B41EA0F35B8A93F8BC7C6 | Summertime Sex |
| 07/25/2018 10:58:29 | F8D11A4D5C5BB3A07DCBB5E150E9E040DFF6E319 | Moving Day Sex |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A

CNJ789