**Copyrights-In-Suit for IP Address 100.35.53.53**

**ISP:** Verizon Internet Services
**Location:** Somerset, NJ

| Title | Registration Number | Date of First Publication | Effective Date of Registration | Most Recent Hit UTC |
|---|---|---|---|---|
| Fashion Show Fucking | PA0002149328 | 01/04/2019 | 01/07/2019 | 01/07/2019 |
| 18 Year Old Models First Time Threesome | PA0002139384 | 09/30/2018 | 10/09/2018 | 12/18/2018 |
| Purely Perfect Pink | PA0002120139 | 05/26/2018 | 06/05/2018 | 12/18/2018 |
| Sexy Movies Cum Inside | PA0002140490 | 09/14/2018 | 09/24/2018 | 12/10/2018 |
| Sex With Gymnasts | PA0002140374 | 08/29/2018 | 09/24/2018 | 10/21/2018 |
| A Walk To Remember | PA0002120291 | 05/11/2018 | 06/05/2018 | 10/21/2018 |
| Threeway Strip Poker | PA0002133715 | 07/27/2018 | 08/02/2018 | 08/19/2018 |
| Hot Office Sex | PA0002139293 | 08/08/2018 | 08/27/2018 | 08/19/2018 |
| Sunset Love | PA0002130445 | 06/16/2018 | 07/03/2018 | 07/26/2018 |
| The Morning After | PA0002130448 | 06/29/2018 | 07/03/2018 | 07/25/2018 |
| Summertime Sex | PA0002128253 | 07/13/2018 | 07/17/2018 | 07/25/2018 |
| Moving Day Sex | PA0002133713 | 07/21/2018 | 08/02/2018 | 07/25/2018 |

**Total Malibu Media, LLC Copyrights Infringed: 12**

EXHIBIT B

CNJ789